✤AO 245D  (Rev. 3/01) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__     District of     __CALIFORNIA__

UNITED STATES OF AMERICA
V.

OSCAR JOHNSON JR. (1)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:  03CR7011-J

MICHAEL STEPHEN BERG
Defendant's Attorney

**REGISTRATION No.**  15840-075

[x] Correction of Sentence on Remand; Previously Imposed Sentence is Hereby Set Aside and Vacated

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No.  1-6
[ ] was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1-4 | Committed a federal, state or local offense (nv1) |
| 5 | Unlawful possession of controlled substance (nv2) |
| 6 | Unlawful use of controlled substance (nv3) |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

April 14, 2008
Date of Imposition of Sentence

HON. NAPOLEON A. JONES, JR.
UNITED STATES DISTRICT JUDGE

Entered Date:

03CR7011-J

AO 245B    (Rev. 9/00) Judgment in Criminal Case
       Sheet 2 — Imprisonment

|  | Judgment — Page __2__ of __2__ |
|---|---|

DEFENDANT: OSCAR JOHNSON JR. (1)
CASE NUMBER: 03CR7011-J

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

24 MONTHS; SENTENCE TO RUN CONCURRENT WITH THE SENTENCE IMPOSED IN CASE NO. 03CR0582-J

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

03CR7011-J